STATE v. NELMS

No. 49P02

Case below: 147 N.C. App. 789

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002.

STATE v. O'CONNOR

No. 340P02

Case below: 150 N.C. App. 710

Motion by Attorney General for temporary stay denied 5 July 2002. Petition by the Attorney General for writ of supersedeas denied 5 July 2002. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 July 2002.

STATE v. RAY

No. 166A02

Case below: 149 N.C. App. 137

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 15 August 2002.

STATE v. RHODES

No. 387P02

Case below: 151 N.C. App. 208

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002. Petition by defendant for writ of supersedeas and motion for temporary stay denied 15 August 2002.

STATE v. ROUNDTREE

No. 313A02

Case below: 150 N.C. App. 440

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 August 2002.